JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. JORDAN, JR., | NO. SACV 09-1438-JFW(CT) |
| Petitioner, | JUDGMENT |
| v. | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
| Respondents. | |

    Pursuant to the concurrently filed Memorandum and Order, IT IS HEREBY ADJUDGED THAT the petition is denied and dismissed.

DATED: December 14, 2009

                                              JOHN F. WALTER
                                              UNITED STATES DISTRICT JUDGE